BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant MOLINA SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>FILIBERTO MOLINA-SANTANA,<br><br>        Defendant. | Nos. 4-06-70201-WDB<br><br>ORDER OF CONTINUANCE, WAIVER OF TIME, AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the PRELIMINARY HEARING/ARRAIGNMENT APPEARANCE date May 8, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for May 15, 2006 at 10:00 a.m.

1    It is further ORDERED that time be excluded from the Speedy trial Act and found to have been
2    waived under the Federal Rules of Criminal Procedure between May 8, 2006 and May 15, 2006
3    based on the need for counsel to continue investigating this case.  The court finds that the ends of
4    justice would be served by granting the continuance.

7    DATED:   May 8, 2006



HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE